IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOHN ANDREW LEACH,

Plaintiff,

vs.                                                                No. 09-cv-1050 BB/WDS

SKYWI, INC., ALLEN WITTERS,
DONALD M. LEVY, NATHAN POLISH,
ROBERT CHIMSKY and SCOTT CHANDLER,

Defendants.

## ORDER GRANTING MOTION TO EXTEND
## PRETRIAL DEADLINES

This matter comes before the Court on Defendants' Opposed Motion to Extend Pretrial Deadlines. (Doc. No. 58). The Court has reviewed Defendants' Motion, and Plaintiff's opposition thereto, and finds that the motion is well taken.

IT IS THEREFORE ORDERED that the pretrial deadlines in this matter are adjusted as follows:

|  | New Deadline |
|---|---|
| Motions Relating to Discovery: | November 9, 2010 |
| Pretrial Motions: | December 17, 2010 |
| Pretrial Order: Plaintiff to Defendant: | February 21, 2011 |
| Pretrial Order filed in Court: | March 7, 2011 |

_____
W. DANIEL SCHNEIDER
UNITED STATES MAGISTRATE JUDGE